FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00437-CV

**IN RE** Mayra Ivette **GARCIA**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Lori I. Valenzuela, Justice

On July 18, 2022, relator filed a petition for writ of mandamus. Relator also filed a motion for emergency temporary relief wherein she prayed this court stay the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency temporary relief is **DENIED** as moot.

It is so **ORDERED** on July 20, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2019CVA000713D4, styled *Mayra Ivette Garcia vs. Juan Antonio Garcia*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.